I WANT NIVIDIA CAlled



# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

Southern Division

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAY 25 2021
ARTHUR JOHNSTON
BY ________ DEPUTY

JOEL G. ATTIA

*Plaintiff(s)*

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

JENSEN HUANG ET. Al.

*Defendant(s)*

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. 1:21CV179TBM-RPM

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | JOEL G. ATTIA |
| Street Address | 2060 WAlther Rd. |
| City and County | GRAND BAY / MOBILE |
| State and Zip Code | ALABAMA / 36541 |
| Telephone Number | 912-661-4891 |
| E-mail Address | |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | JENSEN HAUNG |
| Job or Title *(if known)* | CEO NVIDIA |
| Street Address | 2701 SAN TOMAS EXPESSWAY |
| City and County | SANTA CLARA / SANTA CLARA CO. |
| State and Zip Code | CALIFORNIA / 95050 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | DAVId JACKSON |
| Job or Title *(if known)* | 3901 REGENT AVE. |
| Street Address | MOSS POINT / JACKSON |
| City and County | MISSISSIPPI / 39563 |
| State and Zip Code | UNKNOWN |
| Telephone Number | " " |
| E-mail Address *(if known)* | " " |

Defendant No. 3

| | |
|---|---|
| Name | RAndy NEIL |
| Job or Title *(if known)* | RET. / |
| Street Address | 3901 REGENT AVE. |
| City and County | MOSS POINT / JACKSON |
| State and Zip Code | MISSISSIPPI / 39563 |
| Telephone Number | UKNOWN |
| E-mail Address *(if known)* | " " |

Defendant No. 4

| | |
|---|---|
| Name | PAUL REAlly |
| Job or Title *(if known)* | SSI |
| Street Address | 3901 REGENT AVE. |
| City and County | MOSS POINT / JACKSON |
| State and Zip Code | MISSISSIPPI / 39563 |
| Telephone Number | UNKNOWN |
| E-mail Address *(if known)* | " " |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

100 TRIllION

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

a. If the plaintiff is an individual

The plaintiff, *(name)* JOEL B. AHIA, is a citizen of the State of *(name)* AlABAMA.

b. If the plaintiff is a corporation

The plaintiff, *(name)* ______, is incorporated under the laws of the State of *(name)* ______, and has its principal place of business in the State of *(name)* ______.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

a. If the defendant is an individual

The defendant, *(name)* JENSEN HUANG ET.Al, is a citizen of the State of *(name)* CAlIFORNIA. Or is a citizen of *(foreign nation)* (others.

b. If the defendant is a corporation

The defendant, *(name)* RUNS NVIDIA CORP., is incorporated under the laws of the State of *(name)* U.N. STATES, and has its principal place of business in the State of *(name)* LOS ANGELES. Or is incorporated under the laws of *(foreign nation)* UN STATES, and has its principal place of business in *(name)* ~~AND FOREIGN~~.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

100 TRILLION

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

SEE PAIGE 1 Y 2 MORE EVIDENCE AT TRIAL

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

TERRORISM, PAIN & SUFFERING

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 5/21/21

Signature of Plaintiff [signature]

Printed Name of Plaintiff JOEL B. AHIA

### B. For Attorneys

Date of signing: ______

Signature of Attorney ______

Printed Name of Attorney ______

Bar Number ______

Name of Law Firm ______

Street Address ______

State and Zip Code ______

Telephone Number ______

E-mail Address ______

TX-1 IS INSIDE PlAINTIFFS body WITH DRS PROOF

CASE AgAINST NVIDIA CEO JENSEN HOAG

P.1

STATEMENT OF ClAIM

NVIDIA CEO JENSEN HBANG showed A thousand PEOPLE IN A WEB A NAR THAT A Robot that WAS MADE FOR LOWES HAd A TX-1 JENZEN CREdIT CARd SUPER Computer that USEd LIghts IN LOWES to Follow the MIddle OF THE ISlE WITH the MIXEd REAlITY lASERS, And the EXTREME LOW FREQUENCY that AMERICA PATENEd that IS A WEAPON, And HARMFUl to human hEAlth, but CEO JENSEN SAId thAT the WAY YOU SEE through the Robots EYES, And the CONSTANT TRACK FROM the lIght bulbs that ACTEd with this technology WERE ShowINg Through the lIght bulbs AS CAMERAS, And the strobe of the blue & REd lIghts MADE IT POSSIBLE, HE Also STATEd THAT you Could USE this technology IN A PERSON to which DAVId JACKSON And RAndy

STATEMENT OF CLAIM
CASE AGAINST NVIDIA
CEO P. 2

NEIL tried on JOEL G. AHIA. MAKING NVIDIA directly the MEANS, IDEA, And Know how to put this TX-1 IN PlAINTIFF JOEL AHIA, but he did not tell of the lAZERS That burnt human Insides nOR did he tell of the EXTREME how FREQUENCY that Kills humans with REASONATION, OR the RADIATION WAVES CAUSING CANCER thought PlAINTIFFS Body. I JOEL G. AHIA will PROVE TERRORISM ChARGES, AMONG MORE on NVIDIA'S CEO,

5/21/21

[signature]