UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

JOEL B. ATTIA      PLAINTIFF

VERSUS      CIVIL ACTION NO. 1:21CV179-TBM-RPM

JENSEN HUANG et al      DEFENDANTS

**REPORT AND RECOMMENDATION**

This matter is before the Court *sua sponte*. Plaintiff Joel B. Attia, proceeding *pro se* and *in forma pauperis*, filed on May 25, 2021, a complaint against Jensen Huang, the CEO of Nvidia Corporation. He has named other individuals as well whom he alleges are using Nvidia's surveillance technology against him. According to Plaintiff, Nvidia has created a surveillance device that uses mixed reality lasers and extreme low frequency. He contends that the device is inside his body. The device is harmful to human health. The technology works through light bulbs and strobing blue and red lights. The lasers burn human insides. The low frequency kills humans with "reasonation". Plaintiff asserts terrorism charges against Nvidia's CEO. He seeks $100 trillion in damages.

This is one of many lawsuits filed by Plaintiff raising similar strange and outrageous allegations. *See Attia v. Jackson et al*, Civil Action No. 1:20-cv-211-LG-RPM; *Attia v. Hard Rock Casino et al*, 1:20-cv-322-RPM; *Attia v. Nvidia Corp. et al*, 1:20-cv-343-HSO-JCG; *Attia v. Martin, et al*, Civil Action No. 1:21-cv-90-LG-JCG; *Attia v. Wray*, Civil Action No. 1:21-cv-159-RPM; *Attia v. Isle of Capri*, Civil Action No. 1:21-177-HSO-RPM. In fact, Plaintiff has been banned from filing any future lawsuits without prior approval of the Court. *See Attia v. Martin, et al*, Civil Action No. 1:21-cv-90-LG-JCG. The Court's sanction order applies prospectively and was issued after Plaintiff filed the instant complaint.

The Court concludes that Plaintiff's instant complaint should be dismissed as frivolous. A district court may dismiss a complaint filed *in forma pauperis* if it concludes that the action is frivolous or malicious. *See* 28 U.S.C. § 1915(e)(2). An action is frivolous if it lacks an arguable basis in either law or fact. *Brewster v. Dretke*, 587 F.3d 764, 767 (5th Cir. 2009). A claim is factually frivolous when the facts alleged are "clearly baseless," a category encompassing allegations that are "fanciful," "fantastic," and "delusional" or when they "rise to the level of the irrational or the wholly incredible." *Neitzke v. Williams*, 490 U.S. 319, 325-28 (1989); *Denton v. Hernandez*, 504 U.S. 25, 32–33 (1992). Plaintiff's assertions that Nvidia has created a mixed reality surveillance device, complete with lasers and strobe lights, and that a supercomputer has been placed inside his body, fall within the category of fantastic and delusional allegations. In fact, Courts have dismissed similar claims raised by Plaintiff as factually frivolous. *See Attia v. Wray*, 1:21cv159-RPM; *Attia v. Martin*, 1:21cv-90-cv-LG-JCG; *Attia v. Hard Rock Casino*, 1:20-cv-332-RPM; *Attia v. Jackson*, 1:20-cv-211-LG-RPM. Consistent with these other rulings, the undersigned recommends that Plaintiff's instant complaint be dismissed as well.

## RECOMMENDATION

Based on the foregoing, the undersigned recommends that Plaintiff Joel B. Attia's complaint be dismissed as frivolous.

## NOTICE OF RIGHT TO APPEAL/OBJECT

Pursuant to 28 U.S.C. § 636(b)(1), any party who desires to object to this report must serve and file written objections within fourteen (14) days after being served with a copy unless the time period is modified by the District Court. A party filing objections must specifically identify those findings, conclusions and recommendations to which objections are being made; the District Court need not consider frivolous, conclusive or general objections. Such party shall file

the objections with the Clerk of the Court and serve the objections on the District Judge and on all other parties. A party's failure to file such objections to the proposed findings, conclusions and recommendation contained in this report shall bar that party from a de novo determination by the District Court. Additionally, a party's failure to file written objections to the proposed findings, conclusions, and recommendation contained in this report within fourteen (14) days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the proposed factual findings and legal conclusions that have been accepted by the district court and for which there is no written objection. *Douglass v. United Services Automobile Association*, 79 F.3d 1415, 1428-29 (5th Cir. 1996).

SO ORDERED AND ADJUDGED, this the 15th day of February 2022.

/s/ *Robert P. Myers, Jr.*
ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE